JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER ONTIVEROS,      ) Case No.SA CV 08-1390-OP
                            )
            Plaintiff,      )
                            ) JUDGMENT
      v.                    )
                            )
MICHAEL J. ASTRUE,          )
Commissioner of Social Security, )
                            )
            Defendant.      )

      Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

      IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security, and dismissing this action with prejudice.

DATED:      November 24, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge